IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ADRIANNE M. FORSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 05-2046-KHV |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner of Social Security | ) |
| | ) |
| Defendant. | |

## ORDER GRANTING ATTORNEY'S FEES
## UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)

Now, on this 4th day of April, 2006, the Court, after reviewing the file and being advised by the parties that they have agreed to an award under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), in connection with the court-related representation of Plaintiff in this social security appeal, finds that reimbursement should be made for attorney fees in the amount of $5,523.41.  The parties also agree, and the Court finds, that Plaintiff should be reimbursed for costs of $150.00 from the Judgment Fund administered by the Treasury Department.  Payment should be made directly to Plaintiff's attorney.

IT IS THEREFORE CONSIDERED AND ORDERED THAT, pursuant to 28 U.S.C. § 2412, Plaintiff is granted attorney's fees under the EAJA in the amount of **$5,523.41.**

IT IS ALSO ORDERED THAT Plaintiff is awarded costs of **$150.00** to be paid from the Judgment Fund administered by the Treasury Department.

IT IS SO ORDERED.

           <u>s/ Kathryn H. Vratil     </u>
           KATHRYN H. VRATIL
           United States District Judge

APPROVED BY:

<u>s/ Ross E. Stubblefield           </u>
Ross E. Stubblefield, KS Bar #15409
Midland Professional Associates
2307 South Outer Road, Suite 207
Blue Springs, Missouri 64105
(816) 220-8200 (telephone)
(816) 220-6576 (facsimile)
E-mail: ross@midlandgrp.com
    Attorney for Plaintiff


ERIC F. MELGREN
United States Attorney

<u>s/ Andrea L. Taylor            </u>
ANDREA L. TAYLOR
Assistant United States Attorney
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Kan. Fed. Bar No. 70422
(913) 551-6730 (telephone)
(913) 551-6541 (facsimile)
E-mail: andrea.taylor@usdoj.gov
    Attorneys for the United States

ELECTRONICALLY SUBMITTED